Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 8500
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| Michelle Kane | ) Chapter 13 ) ) Case No.: 8:16-bk-10274-ES ) ) **NOTICE OF UNCLAIMED DIVIDEND** ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **302640** in the sum of **$2,527.35** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name and address of the party entitled to said unclaimed dividend is as follows:

GRISELDA OROZCO AYALA
8512 IMPERIAL HWY
DOWNEY, CA 90242

Date: May 8, 2017        __/S/_____
                         Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|---|
| 1610274 | Michelle Kane | | | XXX-XX-2567 | 2,527.35 | 0.00 | 2,527.35 |
| | ACCT: | Claim: 00015 | UCI: | | | | |
| | | | | TOTALS | 2,527.35 | 0.00 | 2,527.35 |

Michelle Kane

BALANCE: 4,945.30   [0.00  23/00000]
SSN: XXX-XX-2567    SSN:
ACCT:                              CASE: 1610274
PRINCIPAL:    2,527.35    INTEREST:    0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING HEXAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

AMRANE COHEN
CHAPTER 13 TRUSTEE
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0302640

May 05, 2017

VOID 90 DAYS FROM DATE

*****$2,527.35

PAY   Two Thousand Five Hundred Twenty Seven And 35 / 100 Dollars

TO THE ORDER OF   U.S. BANKRUTCY COURT FISCAL DEPT.
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑈030 2640⑈  ⑆061100790⑆ 000000 575186 2⑈